**Wayne W. LIVESAY, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 02–7011.

United States Court of Appeals, Federal Circuit.

Jan. 11, 2002.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**Shirley A. COVINGTON, Petitioner,**

v.

**DEPARTMENT OF the ARMY, Respondent.**

No. 01–3348.

United States Court of Appeals, Federal Circuit.

Jan. 11, 2002.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and the brief required by Federal Circuit Rule 31(a) within the time permitted, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.